ARTHUR M. DAY, Respondent, *v.* CHAMBER OF COMMERCE OF THE UNITED STATES, Appellant.

(Argued March 9, 1934; decided March 23, 1934.)

*Hiram Thomas, Hugh S. Williamson, Matthias Plum* and *Edward A. Craighill, Jr.,* for appellant.

*Robert H. Elder* and *Daniel Handler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.